IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **PHILLIP HAU**, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>vs.<br><br>**FROST-ARNETT COMPANY,**<br><br>         Defendant. | CIRCUIT COURT CASE NO.:<br>20-cv-000395<br><br>PETITION FOR REMOVAL<br>CASE NO: 3:20-cv-622 |

**PETITION FOR REMOVAL OF CIVIL ACTION**

PLEASE TAKE NOTICE that Defendant, Frost-Arnett Company ("Defendant"), by and through undersigned counsel, Gordon Rees Scully Mansukhani, LLP, hereby removes to this Court the State Court action described below.

1. On June 11, 2020, Plaintiff Phillip Hau ("Plaintiff"), filed an action in the Circuit Court of Rock County, Wisconsin, entitled and captioned: *Phillip Hau, individually and on behalf of all others similarly situated v. Frost-Arnett Company,* and was assigned Case No. 20-CV-000395.

2. Defendant received Plaintiff's Complaint on June 15, 2020.

3. The following pleadings have been filed in this action to date and are attached hereto as "Exhibit A":

   a. Plaintiff's Summons and Complaint.

4. This action is a civil action of which this Court has original

1

jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a), in that it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.*

5. The Circuit Court of Rock County, Wisconsin, is located within the jurisdiction of the United States District Court for the Western District of Wisconsin. This Court is the court embracing the place where the action is pending.

6. This Complaint is removable to the United States District Court for the Western District of Wisconsin, from the Circuit Court of Rock County, Wisconsin, pursuant to 28 U.S.C. §1331 and §1441.

7. The Complaint alleges individual and class action claims brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.* As such, the Court has Federal Question jurisdiction over this action pursuant to 28 U.S.C. §1331.

8. This notice of removal is being filed within thirty (30) days of the date on which Defendant received a copy of Plaintiff's Complaint.

9. Pursuant to 28 U.S.C. §1446(b), Notice of Removal "shall be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading."

10. Written notice for the filing of this Petition for Removal is being served upon all parties, including filing a copy with the Circuit Court of Rock County, Wisconsin, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendant removes to this Court the above-entitled action, now pending in the Circuit Court of Rock County, Wisconsin, and requests that this action be placed on the docket of this Court for further proceedings as though this action had originally been instituted in this Court.

Respectfully submitted,

**GORDON REES
SCULLY MANSUKHANI, LLP**

By:   /s/ Patrick F. Moran

Patrick F. Moran
WI Bar # 1113628
250 E. Wisconsin Ave.
Suite 1800
Milwaukee WI 53202
moran@grsm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Petition for Removal of Civil Action** has been served upon all counsel of record this 6th day of July, 2020 via ECF.

By:  /s/ Patrick F. Moran

Patrick F. Moran
WI Bar # 1113628
250 E. Wisconsin Ave.
Suite 1800
Milwaukee WI 53202
moran@grsm.com